JOHN F. ZEA et al., Appellants, v. CHAS. PFIZER & CO., INC., Respondent.

No opinion. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

## (July 6, 1961)

In the Matter of VICTOR S. LAIT, Respondent, v. DATA-GUIDE, INC., et al., Appellants.—

Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANONYMOUS, by Her Guardian ad Litem, Appellant, v. ANONYMOUS et al., Respondents.—

Respondents' time to return the child to the relator is extended until the twentieth day after entry of the order hereon or until any other date which the parties may stipulate in writing. Nolan, P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.